IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SMITH OLUSOLA AKIN, | |
| Plaintiff, | |
| v. | Case No. 3:19-cv-02104-M-BT |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 24, 2020 (ECF No. 17). The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 16th day of April, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE